**Doris J. NEEALY, Plaintiff/Appellant,**

v.

**BI–STATE DEVELOPMENT AGENCY, Defendant/Respondent.**

No. 68475.

Missouri Court of Appeals,
Eastern District,
Division One.

April 30, 1996.

James N. Guirl, II, Foehner and Associates, St. Louis, for appellant.

Harold L. Whitfield, Whitfield, Montgomery & Staples, P.C., St. Louis, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

*ORDER*

PER CURIAM.

Plaintiff appeals after a judgment entered in her favor in the amount of $36,000.00 in this personal injury tort action. We affirm. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

---

■

**Timothy WADE, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 68374.

Missouri Court of Appeals,
Eastern District,
Division One.

May 7, 1996.

John M. Schilmoeller, Asst. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Joanne E. Joiner, Assistant Attorney General, Jefferson City, for Respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

*ORDER*

PER CURIAM.

Movant appeals denial of Rule 24.035 relief after an evidentiary hearing. Both of movant's points on appeal involve claims which the motion court rejected on the basis of testimony at the motion hearing by movant's trial counsel. Accordingly, the findings and conclusions of the motion court are not clearly erroneous as required by Rule 24.035(j) and *State v. Vinson,* 800 S.W.2d 444, 448 (Mo. banc 1990). No jurisprudential purpose would be served by an extended opinion. The order denying relief is affirmed. Rule 84.16(b).